IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EVELYN MONELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00022-O-BP |
| § | |
| NANCY A. BERRYHILL, § | |
| Acting Commissioner of the Social § | |
| Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 18). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 18) are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders. Dismissal is without prejudice to Plaintiff's right to reopen the case provided that Plaintiff file a motion to

reopen along with a brief in support of her Complaint that complies with the Court's March 9, 2017 Order Directing Filing of Briefs (ECF No. 14) **on or before thirty (30) days** from the date of this Order.

    **SO ORDERED** on this **20th day** of **July, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**